469 A.2d 294

Commonwealth v. Ali, Appellant.

Submitted September 9, 1983. Jimmie Moore, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CAVANAUGH and HOFFMAN, JJ.

Judgment of sentence affirmed.

469 A.2d 294

Commonwealth v. Banks, Appellant.

Submitted October 14, 1983. John A. Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

Order affirmed.